(87 South. 924)

ONE BLAZED FACE SORREL HORSE et al. v. STATE. (6 Div. 138.) (Supreme Court of Alabama. Jan. 13, 1921.) Appeal from Cir-

cuit Court, Jefferson County; Dan A. Green, Judge. G. M. Edmonds, of Birmingham, for appellant. J. Q. Smith, Atty. Gen., for the State.

SAYRE, J. Affirmed upon the facts.